IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Collier, Mary B | Case Number: 07 B 11219 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/19/08 | Filed: 6/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 8, 2008
Confirmed: August 28, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,510.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,428.46 |
| Trustee Fee: | | 81.54 |
| Other Funds: | | 0.00 |
| Totals: | 1,510.00 | 1,510.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,500.00 | 1,428.46 |
| 2. | Internal Revenue Service | Unsecured | 6,517.90 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 140.12 | 0.00 |
| 4. | AmeriCash Loans, LLC | Unsecured | 136.80 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 79.23 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 349.00 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 65.91 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 18.25 | 0.00 |
| 9. | Verizon Wireless Midwest | Unsecured | 76.09 | 0.00 |
| 10. | Chicago Central | Unsecured | 121.90 | 0.00 |
| 11. | Cbe Group | Unsecured | | No Claim Filed |
| 12. | Asset Acceptance | Unsecured | | No Claim Filed |
| 13. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 14. | CFC Financial Corp | Unsecured | | No Claim Filed |
| 15. | Keynote Consuling | Unsecured | | No Claim Filed |
| 16. | Direct Tv | Unsecured | | No Claim Filed |
| 17. | M3 Financial Services | Unsecured | | No Claim Filed |
| 18. | Ice Mountain | Unsecured | | No Claim Filed |
| 19. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 20. | Medical Collections | Unsecured | | No Claim Filed |
| 21. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| 23. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| 25. | MRSI | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Collier, Mary B

Printed: 8/19/08

Case Number: 07 B 11219
Judge: Goldgar, A. Benjamin
Filed: 6/22/07

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 28. | American Collection Corp | Unsecured | | No Claim Filed |
| 29. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 30. | Park Dansan | Unsecured | | No Claim Filed |
| 31. | Park Dansan | Unsecured | | No Claim Filed |
| 32. | Trinity Hospital | Unsecured | | No Claim Filed |
| 33. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 34. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 35. | Zaheen Cardiology LLC | Unsecured | | No Claim Filed |
| 36. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 37. | United Collection Bureau Inc | Unsecured | | No Claim Filed |

$ 11,005.20     $ 1,428.46

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 81.54 |

$ 81.54

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

